772

tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Emil Hersh* for petitioner. *Mr. William B. Rubin* for respondents.

No. 516. ELDREDGE ET AL. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. November 19, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Laurence H. Eldredge* for petitioners. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *L. W. Post* for respondent.

No. 537. LONERGAN *v.* NEW YORK. November 19, 1945. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Edward V. Broderick* for petitioner. *Mr. Whitman Knapp* for respondent.

No. 566. LANSBURGH & BRO. *v.* DEFFEBACH. November 19, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Austin F. Canfield* and *Eugene Young* for petitioner. *Mr. Cornelius H. Doherty* for respondent.

No. 446. NEWMAN *v.* TEXAS. November 19, 1945. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 469. COMPTON-DELEVAN IRRIGATION DISTRICT *v.* BEKINS ET AL., TRUSTEES. December 3, 1945. Petition